Town of Polk City v. Block Twenty (20), Town of
Polk City, According to Plat Thereof Recorded in the
Public Records of Polk City, Florida, and Against Other
Lands as Hereafter Described, to-wit; Certain Lands
Upon Which Taxes Are Delinquent.

189 So. 927
Division A
Opinion Filed June 16, 1939

*Henry L. Jollay* and *Bradford G. Williams,* for Appellant;

*Latimer A. Long* and *Ronald A. Julian,* for Appellees.

Terrell, C. J.—This is a suit to enforce the payment of
taxes for the year 1937, and previous years on lands excluded from the Town of Polk City in the manner provided
by Sections 3149 and 3150, Compiled General Laws of 1927.
A motion to dismiss the bill of complaint was granted and
this appeal was prosecuted.

The record and the briefs have been examined. The
questions raised are not materially different from those
raised and adjudicated in Albert G. Durham, as Mayor of
the Town of Lake Maitland, *et al.,* v. Pentucket Groves,
decided June 2, 1939, 138 Fla. 386, 198 So. 428.

The judgment below is therefore affirmed on authority
of the last cited case.

Affirmed.

Buford and Thomas, J. J., concur.

Whitfield, J., concurs in opinion and judgment.

Justices Brown and Chapman not participating as authorized by Section 4687, Compiled General Laws of 1927,
and Rule 21-A of the Rules of this Court.